# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 16-15334-MDC

MARIBEL SOSA

6232 MERSHON STREET

PHILADELPHIA, PA 19149

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARIBEL SOSA

    6232 MERSHON STREET

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                      /S/ William C. Miller

Date: 2/6/2017                                       _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee