United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-15334-mdc
Maribel Sosa                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW           Page 1 of 2            Date Rcvd: May 18, 2017
                              Form ID: pdf900          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
```
db            +Maribel Sosa,    6232 Mershon Street,    Philadelphia, PA 19149-3014
13767322       Bureau Of Account Management,    Camp Hill, PA 17011
13767323      +Capital Collection Service,    20 E Taunton Rd,    Bldg 50,   Berlin, NJ 08009-2603
13767324      +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
13767326      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                Cleveland, OH 44122-5662
13767327      +KML Law Group, P.C.,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
13767328      +Midland Funding,    2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
13861762      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PA,     PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13767331      +Verizon,    500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
13767332      +Visa Dept Store National Bank,    Attn: Bankruptcy,    P.O. Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:55     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2017 00:51:28
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2017 00:51:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13767321      +E-mail/Text: bkrpt@retrievalmasters.com May 19 2017 00:51:41
                AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
13772052       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2017 00:48:09
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK 73124-8848
13839312       E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2017 00:42:29
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13846392       E-mail/Text: james.feighan@phila.gov May 19 2017 00:52:09     WATER REVENUE BUREAU,
                LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
13768505      +E-mail/Text: bankruptcy@cavps.com May 19 2017 00:51:51     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13767325      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 19 2017 00:52:09
                Credit Collections Service,    P.O. Box 773,    Needham, MA 02494-0918
13767329      +E-mail/Text: blegal@phfa.org May 19 2017 00:51:43     PA Housing Finance Agency,
                P.O. Box 8029,    Harrisburg, PA 17105-8029
13767330      +E-mail/Text: Supportservices@receivablesperformance.com May 19 2017 00:52:08
                Receivables Performance Mgmt,    Attn: Bankruptcy,    P.O. Box 1548,   Lynnwood, WA 98046-1548
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW               Page 2 of 2                   Date Rcvd: May 18, 2017
                               Form ID: pdf900              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Maribel  Sosa brad@sadeklaw.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Maribel Sosa | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 16-15334 -MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 5/18/17

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE