**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |
|---|---|
| **Maribel Sosa** | : Chapter 13 |
|  | : |
|  | : |
|  | : Bankruptcy Case No: 16-15334AMC |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on May 22, 2017, a true and correct copy of the **ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES** was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all creditors.

Very Truly Yours,

May 22, 2017

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire