IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Maribel Sosa | : | |
| | : | |
| | : | Case No.: 16-15334 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 20.

Dated: June 12, 2017

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008